**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**GREGORY A. HERNDON,**

**Plaintiff,**

**v.** **Case No. 5:26cv137-MCR/MJF**

**UNIDENTIFIED OFFICER, et al.,**

**Defendants.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation ond June 3, 2026. ECF No. 4. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice**—pursuant to this Court's inherent authority to manager its docket and enforce the Local Rules—

based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history.

3. The clerk of the court will close the case file.

**DONE AND ORDERED** this 4th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**